NO. 07-05-0450-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 4, 2006

_____

JIM MCMAHON, APPELLANT

V.

NANCY BISHOP-LAWSON, APPELLEE

_____

FROM THE 110TH DISTRICT COURT OF MOTLEY COUNTY;

NO. 2341; HONORABLE JOHN R. HOLLUMS, JUDGE

_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant Jim McMahon perfected this appeal from the trial court's judgment granting appellee Nancy Bishop-Lawson a permanent easement and awarding her attorney's fees. By letters dated January 23, 2006, and March 2, 2006, counsel for

McMahon notified this Court that the parties were in the process of settlement with a resolution expected by the end of March 2006.

On March 31, 2006, this Court directed counsel for both parties to make arrangements to file the appellate record or file a motion to dismiss on or before April 17, 2006, indicating that failure to do so might result in dismissal. Neither parties' counsel responded.

Accordingly, the appeal is dismissed for failure to comply with a directive of this Court. *See* Tex. R. App. P. 42.3(c).

Don H. Reavis
Justice